IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KERRI MOHNSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>EDUCATIONAL SERVICE UNIT NO. 1, of the State of Nebraska; WALTHILL PUBLIC SCHOOLS (NEBRASKA SCHOOL DISTRICT NO. 87-0013), STUART CLARK, in his individual and official capacities; WILLIAM HEIMANN, in his individual and official capacities; and EDWARD STANSBERRY, in his individual and official capacities;<br><br>    Defendants. | **4:19CV3061**<br><br>**ORDER** |

This matter is before the court on the parties' Joint Stipulation to Extend Deadlines (Filing No. 36). The parties have jointly asked the court to extend their progression schedule due to the pandemic coronavirus (COVID-19) emergency. The court is cognizant of the strains that the COVID-19 pandemic has created on many litigants. However, the court must remain equally cognizant of its duty to ensure the just and speedy progression of civil matters. See Fed R. Civ. P. 1.

The parties have not shown good cause why they cannot continue to litigate this matter. As to written discovery, the parties shall exchange all outstanding materials electronically rather than in a paper format delivered by mail or human courier. Motion practice and related briefing, as well as expert disclosures, can be effectuated without the need for in-person human contact. As to depositions, the parties' current deadline to complete depositions is August 19, 2020. If the pandemic emergency necessitates continued physical distancing at or near the

deadline for the parties to complete depositions, the court will readdress the need for a continuance.

Accordingly, IT IS ORDERED that the Joint Stipulation to Extend Deadlines (Filing No. 36) is denied.

Dated this 3rd day of April, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge