IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KERRI MOHNSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>EDUCATIONAL SERVICE UNIT NO. 1, of the State of Nebraska;  WALTHILL PUBLIC SCHOOLS (NEBRASKA SCHOOL DISTRICT NO. 87-0013), STUART CLARK, in his individual and official capacities; WILLIAM HEIMANN, in his individual and official capacities; and EDWARD STANSBERRY, in his individual and official capacities;<br><br>    Defendants. | **4:19CV3061**<br><br>**AMENDED PROGRESSION ORDER** |

This matter is before the court on the parties' joint motion to continue certain deadlines. After consideration, IT IS ORDERED that the parties' motion (Filing No. 55) is granted as follows:

1) The telephonic status conference to discuss case progression and the parties' interest in settlement remains set before the undersigned magistrate judge for **November 12, 2020** at **9:00 a.m.** Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for filing motions to dismiss and motions for summary judgment is January 29, 2021.

3) The trial and pretrial conference will not be set at this time. If this case is not fully resolved by the parties' anticipated dispositive motions, the parties shall contact the chambers of the undersigned magistrate judge within ten days of a ruling on those anticipated motions to schedule further progression and/or trial settings, as necessary.

4) All other unexpired deadlines remain in place, and the parties shall comply

with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

5) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

6) The Clerk shall set an internal case management deadline for January 29, 2021.

Dated this 16th day of September, 2020.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge