IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KERRI MOHNSEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EDUCATIONAL SERVICE UNIT NO. 1, of the State of Nebraska; WALTHILL PUBLIC SCHOOLS (NEBRASKA SCHOOL DISTRICT NO. 87-0013), STUART CLARK, in his individual and official capacities; WILLIAM HEIMANN, in his individual and official capacities; and EDWARD STANSBERRY, in his individual and official capacities;<br><br>　　　　　　Defendants. | 4:19CV3061<br><br>**ORDER** |

As requested in the parties' motion, (filing no. 73), which is hereby granted, the case progression schedule is amended as follows:

1. The deadline to complete depositions, including but not limited to depositions for oral testimony under Rule 45, is extended to March 22, 2021.

2. The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on Daubert and related grounds is extended to April 21, 2021.

3. The status conference currently set for March 2, 2021 is re-scheduled, and it will be held on April 6, 2021 at 9:00 a.m. Counsel shall use the conferencing information assigned to this case to participate.

January 26, 2021.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge