IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KERRI MOHNSEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EDUCATIONAL SERVICE UNIT NO. 1, of the State of Nebraska;  WALTHILL PUBLIC SCHOOLS (NEBRASKA SCHOOL DISTRICT NO. 87-0013), STUART CLARK, in his individual and official capacities; WILLIAM HEIMANN, in his individual and official capacities; and EDWARD STANSBERRY, in his individual and official capacities;<br><br>　　　　　Defendants. | **4:19CV3061**<br><br>**AMENDED PROGRESSION ORDER** |

　　　　IT IS ORDERED that the joint stipulation to extend deadlines (Filing No. 76) is granted, and the unexpired deadlines in the final progression order are extended as follows:

1) The status conference currently set for April 6, 2021 at 9:00 a.m is re-scheduled, and it will be held on May 11, 2021 at 10:00 a.m. Counsel shall use the conferencing information assigned to this case to participate.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is April 30, 2021.

3) The deadline for filing motions to dismiss and motions for summary judgment is June 4, 2021.

4) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

5) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a

showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 9th day of March, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge