IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KERRI MOHNSEN,<br><br>              Plaintiff,<br><br>vs.<br><br>EDUCATIONAL SERVICE UNIT NO. 1, of the State of Nebraska; WALTHILL PUBLIC SCHOOLS (NEBRASKA SCHOOL DISTRICT NO. 87-0013), STUART CLARK, in his individual and official capacities; WILLIAM HEIMANN, in his individual and official capacities; and EDWARD STANSBERRY, in his individual and official capacities;<br><br>              Defendants. | **4:19CV3061**<br><br>**ORDER** |

After conferring with counsel for the parties,

IT IS ORDERED:

1) The deadline for filing motions for summary judgment and/or to dismiss is stayed pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on July 14, 2021 at **1:30 p.m.** to discuss the outcome of the parties' anticipated mediation, the summary judgment deadline, and the trial and pretrial conference dates. Counsel shall use the conferencing information assigned to this case to participate in the call. This call will be cancelled upon advance notice that the case is settled.

Dated this 11th day of May, 2021.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge